UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHRISTOPHER MATHEW MACK, | ) | |
| | ) | CASE NO. 10 B 01687 |
| | ) | |
| DEBTOR. | ) | JUDGE CAROL A. DOYLE |

## NOTICE OF MOTION

To: See Attached Service List

    PLEASE TAKE NOTICE that on **Tuesday, February 15, 2010 at 10:00 a.m.**, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in Courtroom 742, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place and shall present a **Motion to Reopen Chapter 7 Case,** a copy of which is attached and served on you.

                              /s/ Richard C. Friedman
                              Richard C. Friedman
                              OFFICE OF THE U.S. TRUSTEE
                              219 South Dearborn Street, Room 873
                              Chicago, Illinois 60604
                              (312) 886-3320

## CERTIFICATE OF SERVICE

    I, Richard C. Friedman, an attorney, state that pursuant to Local Rule 9013-3(D) the above **Notice of Motion** and the appended **MOTION TO REOPEN CHAPTER 7 CASE** were filed on February 7, 2011, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on February 7, 2011.

                              /s/ Richard C. Friedman

# SERVICE LIST
## CHRISTOPHER MATHEW MACK
### 10 B 01687

**Registrants Served Through the Court's Electronic Notice For Registrants**

**Jonathan D Parker**
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603
ndil@geracilaw.com



**Barry A Chatz**
Arnstein & Lehr
120 South Riverside Plaza Ste 1200
Chicago, IL 60606
312-876-7100
bachatz@arnstein.com



**Parties Served via First Class Mail**


**Christopher Mathew Mack**
3335 North Kenneth Ave
APT# 2
Chicago, IL 60641

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHRISTOPHER MATHEW MACK, | ) | |
| | ) | CASE NO. 10 B 01687 |
| | ) | |
| DEBTOR. | ) | JUDGE CAROL A. DOYLE |

**MOTION TO REOPEN CHAPTER 7 CASE**

Now comes Patrick S. Layng, the United States Trustee for the Northern District of Illinois, by his attorney, Richard C. Friedman, and requests the Court to enter an order reopening this case and authorizing the United States Trustee to appoint a Chapter 7 trustee for the estate. In support of this request the United States Trustee states to the Court as follows.

1. This is a core proceeding under Title 28, Section 157(b)(2)(A) of the United States Code which this Court may hear and determine pursuant to IOP 15(A) of the United States District Court for the Northern District of Illinois.

2. On January 18, 2010, Debtor filed his Chapter 7 case in this Court.

3. The United States Trustee appointed the Barry A. Chatz ( "Chatz") as trustee.

4. Chatz filed a no-asset report on February 26, 2010, and the Court closed the case and discharged the trustee on April 30, 2010.

5. On February 7, 2011, the undersigned was informed that Debtor has a previously unscheduled cause of action which should be administered for the benefit of creditors. Accordingly, the Court should reopen the case pursuant to Section 350(b) of the Bankruptcy Code and authorize the U.S. Trustee to appoint a trustee to administer this asset pursuant to Fed. R. Bankr. P. 5010.

**WHEREFORE**, the United States Trustee requests the Court to reopen this case and to authorize the United States Trustee to appoint a Chapter 7 trustee for the estate, and for such other relief as is just.

                                      RESPECTFULLY SUBMITTED,

                                      PATRICK S. LAYNG
                                      UNITED STATES TRUSTEE

Dated: February 7, 2011                /s/ Richard C. Friedman
                                                      Richard C. Friedman
                                                      OFFICE OF THE U.S. TRUSTEE
                                                      219 South Dearborn Street, Room 873
                                                      Chicago, Illinois 60604
                                                      (312) 886-3320