Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Christopher Mathew Mack
3335 North Kenneth Ave
APT# 2
Chicago, IL 60641
SSN: xxx−xx−5202 EIN: N.A.

Case No. :   10−01687
Chapter :   7
Judge :   Carol A. Doyle

---

Debtor's Attorney:

Jonathan D Parker
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

312.332.1800

Trustee:

Barry A Chatz
Arnstein & Lehr
120 South Riverside Plaza Ste 1200
Chicago, IL 60606

312−876−7100

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on **January 18, 2010 .**

1. **May 24, 2011** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **May 24, 2011** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. If you wish to file a claim, please use the attached Proof of Claim form.**

For the Court,

Dated: February 22, 2011

Kenneth S. Gardner , Clerk
United States Bankruptcy Court