IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER MATTHEW MACK, | ) | 10 B 01687 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**NOTICE OF MOTION**

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on March 8, 2011, at 10:00 a.m., I shall appear before the Honorable Judge Carol A. Doyle, or any other judge sitting in her stead, in Room 742, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Chapter 7 Trustee's Application to Employ Attorneys, a copy of which is attached hereto and thereby served upon you.

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 28th day of February 2011.



s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Richard C. Friedman
Office of the U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Barry A. Chatz, Esq., Chapter 7 Trustee
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910

Jonathan D. Parker
Geraci Law L.L.C.
55 East Monroe Street
Suite #3400
Chicago, Illinois 60603

**Parties Service By US Mail**

Christopher Matthew Mack
3335 North Kenneth Ave
Apartment # 2
Chicago, Illinois 60641

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER MATTHEW MACK, | ) | 10 B 01687 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date and Time |
| | ) | March 8, 2011 at 10:00 am |

**APPLICATION TO EMPLOY ATTORNEYS**

Now comes Barry A. Chatz, Chapter 7 Trustee (the 'Trustee"), and in support of his Application to Employ Attorneys, Gregory K. Stern, Monica C. O'Brien, James E. Hausler, Christina M. Riepel (the "Attorneys"), respectfully states as follows:

1. On January 18, 2010, Christopher Matthew Mack (the "Debtor") caused a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code to be filed which was assigned case number 2010 B 01687 (the "Instant Case"), and Barry A. Chatz was appointed as trustee in this case.

2. On April 30, 2010, the Instant Case was closed and the Trustee was discharged; and, on February 15, 2011, the Court entered an order reopening the Instant Case.

3. The Trustee desires to employ the Attorneys for the reason that they have experience in matters of this nature and are well qualified to represent the Trustee in this case.

4. The professional services to be rendered by the Attorneys include, but are not limited to:

(a) Providing the Trustee legal advice with respect to his rights and duties involving potential assets and property of this estate;

(b) Reviewing and examining the Debtor's assets, books and records, security documents, proofs of claim, and any other documentation related to assets or property of this estate, including, but not limited to, the Debtor's interest in the cause of action commonly known as *David Mack, et al., v. MRS Associates,*

*Inc.*, case no. 10-cv-4244 currently pending in the United States District Court for the Northern District of Illinois, Eastern Division;

(c) Analyzing case for filing of complaints to recover transfers with regards to any avoidance actions or fraudulent conveyances;

(d) Preparation of applications to employ attorneys, accountants, special counsel or other professional persons, motions for turnover, complaints, answers, orders, reports, objections to claims, objections to discharge, extending time to file adversary complaint objecting to discharge, legal documents and any other necessary pleading required for the proper administration of this estate;

(e) Negotiating with creditors and other parties in interest, attending court hearings and meeting with other parties in interest; and,

(f) Performing all other legal services that may be necessary or required for the proper administration of this estate.

5. The Attorneys have agreed to be compensated for services rendered in accordance with their hourly rates as in effect from time to time, with all compensation and reimbursement of costs being subject to further approval of this Court. At present, the hourly rates are as follows: $425.00 for the services rendered by Gregory K. Stern, $385.00 for the services rendered by Monica C. O'Brien, and $275.00 for the services rendered by James E. Hausler and Christina M. Riepel.

6. The Attorneys have no connection with the Debtor, his creditors, or any other party in interest herein, their respective attorneys and accountants, the United States Trustee or any other person employed in the office of the United States Trustee, and the Attorneys represent no interest adverse to the Debtor or to the estate in the matters upon which they are to be engaged for the Trustee. The affidavits of Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel attesting to the foregoing are attached hereto and are made a part hereof.

Case 10-01687    Doc 24    Filed 02/28/11    Entered 02/28/11 16:28:59    Desc Main
Document    Page 5 of 5

7. The employment of Attorneys will be in the best interest of this estate.

WHEREFORE, the Trustee prays for an Order authorizing the employment of Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel as attorneys for the Trustee herein, effective to February 8, 2011; and, for such other further relief as this Court deems just.

                /s/ Gregory K. Stern
                Gregory K. Stern, Attorney For Trustee

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558