IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER MATTHEW MACK, | ) | 10 B 1687 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

### NOTICE OF MOTION

TO: See Attached Service List

**PLEASE TAKE NOTICE THAT** on September 22, 2011, at 10:00 a.m., I shall appear before the Honorable Judge Carol A. Doyle, or any other judge sitting in her stead, in Room 742, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Chapter 7 Trustee's Motion to Approve Compromise and Settlement, a copy of which is attached hereto and thereby served upon you.

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 1st day of September 2011.



s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Richard C. Friedman
Office of the U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Barry A. Chatz, Esq., Chapter 7 Trustee
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910

Jonathan D. Parker
Geraci Law L.L.C.
55 East Monroe Street
Suite #3400
Chicago, Illinois 60603

**Parties Service By US Mail**

Christopher Matthew Mack
3335 North Kenneth Ave
Apartment # 2
Chicago, Illinois 60641

Alex Burke
Burke Law Offices, LLC
155 North Michigan Avenue
Suite 9020
Chicago, Illinois 60601

WFS/Wachovia Dealer SV
Attn: Bankruptcy Dept.
P.O. Box 19657
Irvine, CA 92623

Banco Popular
Attn: Bankruptcy Dept.
POB 2438
Milwaukee, WI 53201

Capital One
Attn: Bankruptcy Dept.
P.O. Box 6492
Carol Stream, IL 60197

Chase
Attn: Bankruptcy Dept.
POB 15325
Wilmington, DE 19886

Chase
Attn: Bankruptcy Dept.
225 Chastain Meadows Ct
Kennesaw, GA 30144

Citifinancial
Attn: Bankruptcy Dept.
P.O. Box 499
Hanover, MD 21076

Discover Financial Services, LLC
Attn: Bankruptcy Dept.
P.O. Box 6103
Carol Stream, IL 60197

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013

HSBC Bank
Attn: Bankruptcy Dept.
P.O. Box 17051
Baltimore, MD 21297

HSBC Bank
Attn: Bankruptcy Dept.
P.O. Box 5253
Carol Stream, IL 60197

HSBC/Best Buy
Attn: Bankruptcy Dept.
P.O. Box 5244
Carol Stream, IL 60197

TransUnion
Attn: Bankruptcy Dept.
P.O. Box 1000
Chester, PA 19022

Washington Mutual/Providian
Attn: Bankruptcy Dept.
P.O. Box 660509
Dallas, TX 75266

WFNNB/Express
Attn: Bankruptcy Dept.
P.O. Box 659728
San Antonio, TX 78265

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER MATTHEW MACK, | ) | 10 B 1687 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | **Hearing Date and Time** |
| | ) | **September 22, 2011 at 10:00 am** |

**MOTION TO APPROVE COMPROMISE AND SETTLEMENT**

NOW COMES the Chapter 7 Trustee, Barry A. Chatz ("Trustee"), by and through his Attorneys, Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel, and in support of his Motion to Approve Compromise and Settlement, states as follows:

1.  On January 18, 2010, Christopher Matthew Mack (the "Debtor") caused a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code to be filed which was assigned case number 10 B 1687 (the "Instant Case"); and, Barry A. Chatz was appointed as the Trustee of the bankruptcy estate of the Debtor.

2.  This Court has jurisdiction pursuant to 28 U.S.C. §1334; and, this matter constitutes a core proceeding under 28 U.S.C. §157(b)(2)(A).

3.  On or about July 8, 2010, the Debtor filed a complaint against MRS Associates, Inc. (the "Respondent"), more commonly known as *David Mack, et al., v. MRS Associates, Inc.*, case no. 10-cv-4244 in the United States District Court for the Northern District of Illinois, Eastern Division (the "Charge").

4.  The Charge alleges that the Respondent violated provisions of law, including, but not limited to, the Telephone Consumer Protection Act, 47 U.S.C. §227, *et seq.*, (the "Alleged Violations").

5.  The Respondent has denied and continues to deny the substantive allegations and the

Alleged Violations contained in the Charge.

6. On or about August 18, 2011, the Trustee and Respondent, desiring to resolve the Charge, negotiated a settlement of the Charge, wherein the Respondent will pay the Trustee $40,000.00 (the "Proposed Settlement").  A copy of the Proposed Settlement Agreement is attached hereto as Exhibit A and made a part hereof.

7. The Proposed Settlement falls within the reasonable range of possible litigation outcomes, will prevent the estate from wasting assets on pursuing the Charge to trial, and is in the best interest of the estate.  *See In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d 421, 426 (7th Cir. 2007).

8. The Trustee desires to avoid the expense, delay, uncertainty, and risk inherent in litigation and has concluded, in his better business judgment, after arms-length negotiation, to resolve any and all claims and issues regarding the matters set forth in the Charge in accordance with the terms of the Proposed Settlement Agreement.

9. Bankruptcy Rule 9019(a) provides that the Court may approve a compromise or settlement.

10. The Trustee seeks authority to enter into the Proposed Settlement Agreement.

11. Notice of this Motion has been transmitted to the Debtor's creditors, the United States Trustee, and all parties in interest.

**WHEREFORE**, Barry A. Chatz, Trustee, prays for entry of an order as follows:

(a) Granting the Trustee's Motion to Approve Compromise and Settlement of Adversary Charge pursuant to Bankruptcy Rule 9019(a);

(b) Authorizing the Trustee to settle the Charge on the terms set forth herein and enter into the Proposed Settlement Agreement; and,

(c) For such other relief as may be just.

                                                /s/ Gregory K. Stern
                                                    Gregory K. Stern,
                                        Attorney for Barry A. Chatz, Chapter 7 Trustee

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558