# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MACK, CHRISTOPHER MATHEW § Case No. 10-01687
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 40,000.47 |
| and approved disbursements of | $ | 3,145.96 |
| leaving a balance on hand of[1] | $ | 36,854.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BARRY A. CHATZ | $ 4,750.05 | $ 0.00 | $ 4,750.05 |
| Trustee Expenses: BARRY A. CHATZ | $ 78.18 | $ 0.00 | $ 78.18 |
| Attorney for Trustee Fees: Gregory K. Stern, P.C. | $ 7,853.48 | $ 0.00 | $ 7,853.48 |
| Attorney for Trustee Expenses: Gregory K. Stern, P.C. | $ 15.98 | $ 0.00 | $ 15.98 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,125.00 | $ 0.00 | $ 1,125.00 |
| Other: UNITED STATES TREASURY | $ 1,940.00 | $ 1,940.00 | $ 0.00 |
| Other: ILLINOIS DEPT. OF REVENUE | $ 1,155.00 | $ 1,155.00 | $ 0.00 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 13,822.69 |
| Remaining Balance | $ | 23,031.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,316.17 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 3,965.29 | $ 0.00 | $ 3,965.29 |
| 000002 | CHASE BANK USA NA | $ 1,833.10 | $ 0.00 | $ 1,833.10 |
| 000003 | CHASE BANK USA NA | $ 1,517.78 | $ 0.00 | $ 1,517.78 |

Total to be paid to timely general unsecured creditors    $ 7,316.17

Remaining Balance    $ 15,715.65

Tardily filed claims of general (unsecured) creditors totaling $ 19,742.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 79.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Banco Popular | $ 1,500.00 | $ 0.00 | $ 1,194.08 |
| | Capital One | $ 1,400.00 | $ 0.00 | $ 1,114.47 |
| | Citibank | $ 3,554.00 | $ 0.00 | $ 2,829.17 |
| | HSBC Bank | $ 1,000.00 | $ 0.00 | $ 796.05 |
| | HSBC Bank | $ 857.00 | $ 0.00 | $ 682.22 |
| | HSBC Bank/Best Buy | $ 2,400.00 | $ 0.00 | $ 1,910.52 |
| | Washington Mutual/Providian | $ 25.00 | $ 0.00 | $ 19.90 |
| | WFNNB/Express Structure | $ 300.00 | $ 0.00 | $ 238.82 |
| | WFS/Wachovia Dealer Sv | $ 8,706.00 | $ 0.00 | $ 6,930.42 |

Total to be paid to tardy general unsecured creditors    $    15,715.65

Remaining Balance    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Barry A. Chatz, Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.