UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MACK, CHRISTOPHER MATHEW, | ) | Case No. 10-01687 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO: THE HONORABLE CAROL A. DOYLE

NOW COMES BARRY A. CHATZ, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,750.05 as compensation and $78.18 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $40,000.47. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $3,500.05 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $4,750.05 | |

**II. TRUSTEE'S EXPENSES**

| | |
|---|---|
| Copies – 586 @ $0.10 each | $58.60 |
| Postage – 32 @ $0.44 each | $14.08 |
| MESSENGER DELIVERY | $5.50 |
| TOTAL EXPENSES | $78.18 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:  December 27, 2011

/s/ Barry A. Chatz, Trustee

120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606
(312) 876-7100
(312) 876-0288 Fax