**BARRY A. CHATZ, TRUSTEE**

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

| | |
|---|---|
| BARRY CHATZ TRUSTEE<br>120 S. RIVERSIDE PLAZA, SUITE 1200<br>CHICAGO IL 60606 | January 18, 2012<br><br>Invoice: 918094<br><br>Page 1 |

BAC

**Our Matter #**  18003-0223  **CHRISTOPHER MACK**

FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2011

| Date | Description | | Hours |
|---|---|---|---|
| 02/21/11 | MACK - REVIEW STATUS WITH COUNSEL. | | |
| | BARRY A. CHATZ | | 0.20 hr. |
| 02/21/11 | MACK - E-MAILS AND REVIEW DOCUMENTS AND FOLLOW UP TO INFORMATION PROVIDED BY DEFENSE COUNSEL. | | |
| | BARRY A. CHATZ | | 0.50 hr. |
| 02/21/11 | MACK - TELEPHONE CALL WITH COUNSEL TO DEFENDANT IN PHONE CASE REGARDING STATUS AND SETTLEMENT DISCUSSIONS. | | |
| | BARRY A. CHATZ | | 0.30 hr. |
| 02/24/11 | MACK - REVIEW DOCUMENTS AND CALL WITH PLAINTIFF'S COUNSEL REGARDING ISSUES WITH RESPECT TO CASE. | | |
| | BARRY A. CHATZ | | 0.50 hr. |
| 02/28/11 | MACK - TELEPHONE CALL WITH DEFENSE COUNSEL REGARDING POTENTIAL OFFER ON SETTLEMENT WITH RESPECT TO PRE-PETITION ACTIVITIES. | | |
| | BARRY A. CHATZ | | 0.20 hr. |
| 03/01/11 | REVIEW AND RESPOND TO EMAILS FROM J. VLAHAKIS RE APPOINTMENT OF TRUSTEE (.2); DOWNLOAD ORDER AND FORWARD TO VLAHAKIS (.1); REVIEW SETTLEMENT OFFER AND ADVISE TRUSTEE OF STATUS (.2) | | |
| | BECKY L. SUTTON | | 0.50 hr. |
| 03/07/11 | MACK - TELEPHONE CALL AND E-MAILS WITH ALEX BURKE REGARDING RETENTION. | | |
| | BARRY A. CHATZ | | 0.30 hr. |
| 03/10/11 | MACK - FOLLOW UP ON EMPLOYMENT OF PROFESSIONALS WITH GREG STERN. | | |
| | BARRY A. CHATZ | | 0.30 hr. |
| 03/17/11 | MACK - E-MAILS REGARDING STATUS WITH RESPECT TO SETTLEMENT AGREEMENT NEGOTIATIONS. | | |
| | BARRY A. CHATZ | | 0.20 hr. |

# EXHIBIT A

**BARRY A. CHATZ, TRUSTEE**

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

| | |
|---|---|
| BARRY CHATZ TRUSTEE<br>120 S. RIVERSIDE PLAZA, SUITE 1200<br>CHICAGO IL  60606 | January 18, 2012<br><br>Invoice:  918094<br><br>Page 2 |

| Date | Description | | |
|---|---|---|---|
| 03/21/11 | MACK - TELEPHONE CALL WITH COUNSEL REGARDING TRUSTEE'S DUTIES REGARDING ESTATES WITH EXCESS PROCEEDS CREATING A RECOVERY TO THE DEBTOR. | | |
| | BARRY A. CHATZ | 0.50 hr. | |
| 03/23/11 | MACK - REVIEW CASES REGARDING ESTOPPEL AND SETTLEMENT ISSUES. | | |
| | BARRY A. CHATZ | 0.30 hr. | |
| 05/16/11 | MACK:  REVIEW SETTLEMENT DOCUMENTS AND E-MAIL THEREON. | | |
| | BARRY A. CHATZ | 0.40 hr. | |
| 05/18/11 | MACK:  REVIEW REVISED SETTLEMENT AGREEMENT AND E-MAILS THEREON. | | |
| | BARRY A. CHATZ | 0.80 hr. | |
| 05/23/11 | MACK:  REVIEW AND REVISE FOURTH SETTLEMENT AGREEMENT. | | |
| | BARRY A. CHATZ | 0.50 hr. | |
| 05/24/11 | MACK:  REVIEW STATUS ON SETTLEMENT WITH COUNSEL. | | |
| | BARRY A. CHATZ | 0.20 hr. | |
| 06/16/11 | MACK:  CONFERENCE WITH JIM HAUSSLER REGARDING SETTLEMENT. | | |
| | BARRY A. CHATZ | 0.20 hr. | |
| 07/21/11 | MACK:  REVIEW AND REVISE SETTLEMENT AGREEMENT. | | |
| | BARRY A. CHATZ | 0.50 hr. | |
| 07/26/11 | REVIEW AND UPDATE TRUSTEE NOTES IN TCMS (.3); VERIFY ASSET IMPORT AND CLAIM IMPORT (.2); RUN SEMI-ANNUAL AUDIT REPORT (.2); CORRECT TCMS DATA (.3) | | |
| | BECKY L. SUTTON | 1.00 hr. | |
| 08/17/11 | REVIEW AND RESPOND TO EMAILS FROM L. WEST AND J. HAUSLER RE  TAX IDENTIFICATION NUMBER NEEDED FOR ESTATE FOR SETTLEMENT PURPOSES | | |
| | BECKY L. SUTTON | 0.20 hr. | |
| 08/17/11 | PREPARE OPENING DOCUMENTATION FOR NEW BANK ACCOUNT (.2); PREPARE W-9 AND OPEN ACCOUNT (.2); FORWARD ACCOUNT INFORMATION TO J. HAUSLER BY EMAIL (.1) | | |
| | BECKY L. SUTTON | 0.50 hr. | |
| 09/16/11 | REVIEW AUGUST BANK STATEMENTS (.2); RECONCILE TO TCMS DATA (.3) | | |
| | BECKY L. SUTTON | 0.50 hr. | |

**BARRY A. CHATZ, TRUSTEE**

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100


BARRY CHATZ TRUSTEE
120 S. RIVERSIDE PLAZA, SUITE 1200
CHICAGO IL 60606

January 18, 2012

Invoice: 918094

Page 3

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 09/22/11 | MACK - REVIEW AND APPROVE SETTLEMENT DOCUMENTS AND E-MAILS THEREON. | BARRY A. CHATZ | 0.80 hr. |
| 09/22/11 | REVIEW SETTLEMENT AGREEMENT (.3); RESPOND TO TRUSTEE'S EMAIL RE CASE CLOSING STATUS (.2); REVIEW ASSET STATUS AND CLAIMS AND UPDATE TCMS (.5) | BECKY L. SUTTON | 1.00 hr. |
| 10/13/11 | REVIEW SEPTEMBER BANK STATEMENT (.2); RECONCILE TO TCMS DATA (.3) | BECKY L. SUTTON | 0.50 hr. |
| 10/19/11 | REVIEW SCHEDULES AND UPDATE TCMS RECORDS TO REFLECT CURRENT STATUS OF DISPOSITION OF ALL ASSETS (.5); DESIGNATE ASSETS TO BE ABANDONED UPON CLOSING OF CASE AND MARK OTHERS AS FULLY ADMINISTERED (.5) | BECKY L. SUTTON | 1.00 hr. |
| 10/27/11 | PREPARE AND REVIEW TCMS AUDIT REPORT TO REVIEW CASE INFORMATION AND FINANCIAL DATA (.5); UPDATE TCMS DATA (.5) | BECKY L. SUTTON | 1.00 hr. |
| 10/31/11 | REVIEW PETITION, FILED CLAIMS AND COURT DOCKET (.5); COMMENCE PREPARATION OF PROOFS OF CLAIM FOR ALL CREDITORS LISTED ON SCHEDULES (1.3) | BECKY L. SUTTON | 1.80 hr. |
| 10/31/11 | CONTINUED WORK ON PREPARATION OF PROOFS OF CLAIMS FOR ALL CREDITORS | BECKY L. SUTTON | 1.80 hr. |
| 11/01/11 | REVIEW AND DOWNLOAD CLAIMS REGISTER (.5); REVIEW AND VERIFY ALL CLAIMS FILED (1.0) | BECKY L. SUTTON | 1.50 hr. |
| 11/04/11 | REVIEW AND CORRECT TCMS DATA (.5); FINALIZE FORMS 1 AND 2 FOR PREPARATION OF FINAL REPORT (.5); RUN AUDITOR REPORT (.3); CONTINUE WITH FURTHER REVISIONS AND CORRECTIONS TO TCMS DATA (.5) | BECKY L. SUTTON | 1.80 hr. |
| 11/09/11 | PREPARE EXHIBITS TO TRUSTEE'S FINAL REPORT (.8); PREPARE DRAFT TRUSTEE'S FINAL REPORT (1.2); PREPARE NOTICE OF HEARING OF TRUSTEE'S FINAL REPORT (.6) | BECKY L. SUTTON | 2.60 hr. |
| 11/21/11 | REVIEW OCTOBER BANK STATEMENTS (.2); RECONCILE ALL ACCOUNTS TO TCMS (.3) | BECKY L. SUTTON | 0.50 hr. |

**BARRY A. CHATZ, TRUSTEE**

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

BARRY CHATZ TRUSTEE  
120 S. RIVERSIDE PLAZA, SUITE 1200  
CHICAGO IL  60606

January 18, 2012

Invoice: 918094

Page 4

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 11/23/11 | REVIEW AND DOWNLOAD CLAIMS REGISTER (.5); REVIEW AND VERIFY ALL CLAIMS FILED (1.0) | | |
| | | BECKY L. SUTTON | 1.50 hr. |
| 11/28/11 | MACK - REVIEW AND EXECUTE TAX RETURNS. | | |
| | | BARRY A. CHATZ | 0.50 hr. |
| 11/28/11 | REVIEW STATE AND FEDERAL TAX RETURNS RECEIVED FROM ACCOUNTANT (.2); PREPARE CHECKS IN PAYMENT OF TAXES DUE (.3); FORWARD RETURNS AND PAYMENT TO TAXING AUTHORITIES (.3) | | |
| | | BECKY L. SUTTON | 0.80 hr. |
| 12/01/11 | FINALIZE TAX RETURNS AND SUBMIT TO TAXING AUTHORITIES | | |
| | | BECKY L. SUTTON | 0.30 hr. |

**SUMMARY OF FEES**

| | Hours |
|---|---|
| BARRY A. CHATZ | 7.20 |
| BECKY L. SUTTON | 18.80 |
| TOTAL | 26.00 |

**REIMBURSABLE COSTS**

| | |
|---|---|
| MESSENGER DELIVERY | 5.50 |
| PHOTOCOPY CHARGES | 58.60 |
| SPECIAL POSTAGE/PRIORITY MAIL/EXPRESS MAIL CHARGES | 14.08 |
| Total Reimbursable Costs ......................................... | 78.18 |