**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MACK, CHRISTOPHER MATHEW | § | Case No. 10-01687 |
| | § | |
| Debtor(s) | § | |

**AMENDED NOTICE OF FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        KENNETH S. GARDNER
        CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/23/2012 in Courtroom 742,
        United States Courthouse
        219 South Dearborn Street
        Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/19/2012          By: /s/ Barry A. Chatz, Trustee
                                                                    Barry A. Chatz, Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606-0000

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                          Case No. 10-01687-CAD
Christopher Mathew Mack                                         Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: cturner              Page 1 of 2         Date Rcvd: Jan 20, 2012
                               Form ID: pdf006            Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2012.
db           +Christopher Mathew Mack,    3335 North Kenneth Ave,    APT# 2,   Chicago, IL 60641-4577
14971514     +Banco Popular,   c/o Barry A Chatz Trustee,    120 S Riverside Plaza Ste 1200,
               Chicago, IL 60606-3910
14971512     +CHASE,   Attn: Bankruptcy Dept.,    POB 15325,   Wilmington, DE 19886-5325
14971513     +Capital One,   c/o Barry A Chatz Trustee,    120 S Riverside Plaza Ste 1200,
               Chicago, IL 60606-3910
16930006      Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
14971515     +Chase/CC,   Attn: Bankruptcy Dept.,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5897
14971504     +Citibank,   c/o Barry A Chatz Trustee,    120 S Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
14971505     +Equifax,   Attn: Bankruptcy Dept.,    P.O. Box 740241,   Atlanta, GA 30374-0241
14971506     +Experian,   Attn: Bankruptcy Dept.,    P.O. Box 2002,   Allen, TX 75013-2002
14971510     +HSBC BANK,   c/o Barry A Chatz Trustee,    120 S Riverside Plaza Ste 1200,
               Chicago, IL 60606-3910
14971516     +HSBC Bank/Bestbuy,    c/o Barry A Chatz Trustee,   120 S Riverside Plaza Ste 1200,
               Chicago, IL 60606-3910
14971507     +TransUnion,   Attn: Bankruptcy Dept.,    P.O. Box 1000,   Chester, PA 19016-1000
14971509     +WFNNB/EXPRESS STRUCTURE,    c/o Barry A Chatz Trustee,   120 S Riverside Plaza Ste 1200,
               Chicago, IL 60606-3910
14971503     +WFS/WACHOVIA DEALER SV,    c/o Barry A Chatz Trustee,   120 S Riverside Plaza Ste 1200,
               Chicago, IL 60606-3910
14971508     +Washington Mutual/Providian,    c/o Barry A Chatz Trustee,   120 S Riverside Plaza Ste 1200,
               Chicago, IL 60606-3910
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16860414      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 21 2012 04:07:13     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
14971517     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 21 2012 04:07:13     Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 6103,   Carol Stream, IL 60197-6103
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14971511*    +HSBC Bank,   c/o Barry A Chatz Trustee,    120 S Riverside Plaza Ste 1200,
               Chicago, IL 60606-3910
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2012**          **Signature:** *Joseph Speetjens*

Case 10-01687    Doc 38    Filed 01/20/12    Entered 01/22/12 23:30:37    Desc Imaged
                    Certificate of Notice    Page 3 of 3

```
District/off: 0752-1           User: cturner              Page 2 of 2                   Date Rcvd: Jan 20, 2012
                               Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2012 at the address(es) listed below:

              Barry A Chatz     bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry Chatz gstern2@flash.net
              Gregory K Stern    on behalf of Trustee Barry Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              James  Hausler    on behalf of Trustee Barry Chatz james.e.hausler@gmail.com
              Jonathan D Parker    on behalf of Debtor Christopher Mack ndil@geracilaw.com
              Monica C O'Brien    on behalf of Trustee Barry Chatz gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard C Friedman    on behalf of U.S. Trustee Patrick Layng rcfwilmette@gmail.com
                                                                                             TOTAL: 8