UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MACK, CHRISTOPHER MATHEW § Case No. 10-01687
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/BARRY A. CHATZ _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WFS/WACHOVIA DEALER SV Attn: Bankruptcy Dept. Po Box 19657 Irvine CA 92623 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNITED STATES TREASURY | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Banco Popular Attn: Bankruptcy Dept. POB 2438 Milwaukee WI 53201 | | | | | |
| | 10 HSBC BANK Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 11 HSBC/Bsbuy Attn: Bankruptcy Dept. Po Box 5244 Carol Stream IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 12 TransUnion Attn: Bankruptcy Dept. P.O. Box 1000 Chester PA 19022 | | | | | |
| | 13 WASH MUTUAL/Providian Attn: Bankruptcy Dept. Po Box 660509 Dallas TX 75266 | | | | | |
| | 14 Wfnnb/EXPRESS STRUCTUR Attn: Bankruptcy Dept. Po Box 659728 San Antonio TX 78265 | | | | | |
| | 2 Capital One Attn: Bankruptcy Dept. Po Box 6492 Carol Stream IL 60197 | | | | | |
| | 3 CHASE Attn: Bankruptcy Dept. POB 15325 Wilmington DE 19886 | | | | | |
| | 4 Chase/CC Attn: Bankruptcy Dept. 225 Chastain Meadows Ct Kennesaw GA 30144 | | | | | |
| | 5 Citifinancial Attn: Bankruptcy Dept. Po Box 499 Hanover MD 21076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 6103 Carol Stream IL 60197 | | | | | |
| | 7 Equifax Attn: Bankruptcy Dept. P.O. Box 740241 Atlanta GA 30374 | | | | | |
| | 8 Experian Attn: Bankruptcy Dept. P.O. Box 2002 Allen TX 75013 | | | | | |
| | 9 HSBC BANK Attn: Bankruptcy Dept. Po Box 17051 Baltimore MD 21297 | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| | BANCO POPULAR | | | | | |
| | CAPITAL ONE | | | | | |
| | HSBC BANK | | | | | |
| | HSBC BANK | | | | | |
| | HSBC BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WASHINGTON MUTUAL/PROVIDIAN | | | | | |
| | WFNNB/EXPRESS STRUCTURE | | | | | |
| | WFS/WACHOVIA DEALER SV | | | | | |
| | CITIBANK | | | | | |
| | CHASE BANK USA NA | | | | | |
| | CHASE BANK USA NA | | | | | |
| | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-01687 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | MACK, CHRISTOPHER MATHEW | | | | Date Filed (f) or Converted (c): | 01/18/10 (f) |
| | | | | | 341(a) Meeting Date: | 02/25/10 |
| For Period Ending: | 02/25/13 | | | | Claims Bar Date: | 05/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with TCF Bank | 50.00 | 50.00 | | 0.00 | FA |
| 2. Household goods; TV, VCR, DVD player, stereo, comp | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 3. Books, Compact Discs, Tapes/Records, Family Pictur | 30.00 | 30.00 | | 0.00 | FA |
| 4. Necessary wearing apparel. | 200.00 | 200.00 | | 0.00 | FA |
| 5. Watch | 10.00 | 10.00 | | 0.00 | FA |
| 6. Anticipated 2009 Federal & State Income Tax Refund | 500.00 | 500.00 | | 0.00 | FA |
| 7. WFS/WACHOVIA DEALER SV - 2005 GMC Envoy with over | 10,650.00 | 10,650.00 | | 0.00 | FA |
| 8. Family Pet: Pitbull | 0.00 | 0.00 | | 0.00 | FA |
| 9. LITIGATION   LITIGATION SETTLEMENT | 0.00 | 40,000.00 | | 40,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.47 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $12,940.00 | $52,940.00 | | $40,000.47 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED 1/19/12; SET FOR HEARING 2/23/12.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 01/31/12

LFORM1                                                                                                              Ver: 17.01
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 10-01687 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MACK, CHRISTOPHER MATHEW | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7510 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0830 | | | |
| For Period Ending: | 02/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/23/11 | 9 | CNA CONTINENTAL CASUALTY COMPANY CHICAGO, IL 60604 | LITIGATION SETTLEMENT | 1249-000 | 40,000.00 | | 40,000.00 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 40,000.03 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,000.37 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.96 | 39,949.41 |
| 11/11/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 39,949.51 |
| 11/11/11 | | Transfer to Acct #*******7581 | Final Posting Transfer | 9999-000 | | 39,949.51 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 40,000.47 | 40,000.47 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 39,949.51 | |
| Subtotal | 40,000.47 | 50.96 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 40,000.47 | 50.96 | |

Page Subtotals      40,000.47      40,000.47

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-01687 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MACK, CHRISTOPHER MATHEW | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7581  BofA - Checking Account |
| Taxpayer ID No: | *******0830 | | | |
| For Period Ending: | 02/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/11 | | Transfer from Acct #*******7510 | Transfer In From MMA Account | 9999-000 | 39,949.51 | | 39,949.51 |
| 11/28/11 | 003001 | UNITED STATES TREASURY | POST-PETITION TAXES | 2810-000 | | 1,940.00 | 38,009.51 |
| | | INTERNAL REVENUE SERVICE CENTER | EIN 30-6290830 | | | | |
| | | CINCINNATI, OH 45999-0148 | 2011 FORM 1041 | | | | |
| 11/28/11 | 003002 | ILLINOIS DEPARTMENT OF REVENUE | POST-PETITION TAXES | 2820-000 | | 1,155.00 | 36,854.51 |
| | | P.O. BOX 19009 | 2011 POST-PETITION TAXES | | | | |
| | | SPRINGFIELD, IL 62794-9009 | EIN 30-6290830 | | | | |
| 01/20/12 | | Transfer to Acct #*******4265 | BANK FUNDS TRANSFER | 9999-000 | | 36,854.51 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 39,949.51 | 39,949.51 | 0.00 |
| Less:  Bank Transfers/CD's | 39,949.51 | 36,854.51 | |
| Subtotal | 0.00 | 3,095.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,095.00 | |

Page Subtotals     39,949.51     39,949.51

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-01687 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MACK, CHRISTOPHER MATHEW | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4265 Checking Account |
| Taxpayer ID No: | *******0830 | | | |
| For Period Ending: | 02/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******7581 | BANK FUNDS TRANSFER | 9999-000 | 36,854.51 | | 36,854.51 |
| 02/27/12 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 4,828.23 | 32,026.28 |
| | | | Fees 4,750.05 | 2100-000 | | | |
| | | | Expenses 78.18 | 2200-000 | | | |
| 02/27/12 | 003002 | Gregory K. Stern, P.C.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | ATTORNEY FOR TRUSTEE | | | 7,869.46 | 24,156.82 |
| | | | Fees 7,853.48 | 3210-000 | | | |
| | | | Expenses 15.98 | 3220-000 | | | |
| 02/27/12 | 003003 | Popowcer Katten, Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | ACCOUNTANT FOR TRUSTEE | 3410-000 | | 1,125.00 | 23,031.82 |
| 02/27/12 | 003004 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 100.00% | 7100-000 | | 3,965.29 | 19,066.53 |
| 02/27/12 | 003005 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000002, Payment 100.00% | 7100-000 | | 1,833.10 | 17,233.43 |
| 02/27/12 | 003006 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000003, Payment 100.00% | 7100-000 | | 1,517.78 | 15,715.65 |
| 02/27/12 | 003007 | Banco Popular | Tardy General Unsecured 726(a)(3) | 7200-000 | | 1,194.08 | 14,521.57 |

Page Subtotals 36,854.51 22,332.94

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-01687 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | MACK, CHRISTOPHER MATHEW | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4265 Checking Account |
| Taxpayer ID No: | *******0830 | | | |
| For Period Ending: | 02/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/27/12 | 003008 | Capital One<br>Attn: Bankruptcy Dept.<br>P.O. Box 2438<br>Milwaukee, WI 53201 | Tardy General Unsecured 726(a)(3) | 7200-003 | | 1,114.47 | 13,407.10 |
| 02/27/12 | 003009 | Citibank<br>Attn: Bankruptcy Dept.<br>P.O. Box 6492<br>Carol Stream, IL 60197 | Tardy General Unsecured 726(a)(3) | 7200-000 | | 2,829.17 | 10,577.93 |
| * 02/27/12 | 003010 | US Bank, N.A.<br>Attn: Bankruptcy Dept.<br>P.O. Box 499<br>Hanover, MD 21076 | Tardy General Unsecured 726(a)(3) | 7200-003 | | 796.05 | 9,781.88 |
| 02/27/12 | 003011 | Target<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Tardy General Unsecured 726(a)(3) | 7200-000 | | 682.22 | 9,099.66 |
| 02/27/12 | 003012 | U.S. Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Tardy General Unsecured 726(a)(3) | 7200-000 | | 1,910.52 | 7,189.14 |
| * 02/27/12 | 003013 | Washington Mutual/Providian<br>Attn: Bankruptcy Dept.<br>P.O. Box 660509<br>Dallas, TX 75266 | Tardy General Unsecured 726(a)(3) | 7200-003 | | 19.90 | 7,169.24 |
| * 02/27/12 | 003014 | WFNNB/Express Structure<br>Attn: Bankruptcy Dept.<br>P.O. Box 659728<br>San Antonio, TX 78265 | Tardy General Unsecured 726(a)(3) | 7200-003 | | 238.82 | 6,930.42 |
| 02/27/12 | 003015 | Citibank<br>Attn: Bankruptcy Dept. | Tardy General Unsecured 726(a)(3) | 7200-000 | | 6,930.42 | 0.00 |

Page Subtotals 0.00 14,521.57

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-01687 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | MACK, CHRISTOPHER MATHEW | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4265  Checking Account |
| Taxpayer ID No: | *******0830 | | |
| For Period Ending: | 02/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/18/12 | 003013 | P.O. Box 499<br>Hanover, MD 21076<br>Washington Mutual/Providian | Tardy General Unsecured 726(a)(3)<br>DISTRIBUTION RETURNED BY CREDITOR - NO RECORD OF AMOUNT DUE FOUND | 7200-003 | | -19.90 | 19.90 |
| * 06/21/12 | 003008 | Attn: Bankruptcy Dept.<br>P.O. Box 660509<br>Dallas, TX 75266<br>Capital One | Tardy General Unsecured 726(a)(3)<br>TELEPHONED CAPITAL ONE PAYMENT CENTER - THEY NEVER RECEIVED AND REQUEST THE CHECK BE REISSUED | 7200-003 | | -1,114.47 | 1,134.37 |
| * 06/21/12 | 003010 | Attn: Bankruptcy Dept.<br>P.O. Box 6492<br>Carol Stream, IL 60197<br>US Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Tardy General Unsecured 726(a)(3)<br>SPOKE WITH ROBERTA AT CLAIM CENTER - NO RECORD CHECK #3010 WAS RECEIVED ALTHOUGH THEY DO SHOW RECEIPT OF CHECKS #3011 AND #3012 - REQUESTED CHECK BE REISSUED | 7200-003 | | -796.05 | 1,930.42 |
| * 06/21/12 | 003014 | WFNNB/Express Structure<br>Attn: Bankruptcy Dept.<br>P.O. Box 659728<br>San Antonio, TX 78265 | Tardy General Unsecured 726(a)(3)<br>CREDITOR HAS NO RECORD OF RECEIPT OF CHECK NOR OF ACCOUNT - REQUESTS THAT CHECK NOT BE REISSUED AS THEY HAVE NO ACCOUNT TO APPLY IT TO | 7200-003 | | -238.82 | 2,169.24 |
| 06/21/12 | 003016 | HSBC BANK<br>P.O. BOX 17051<br>BALTIMORE, MD 21297 | TARDY UNSECURED CLAIM REPLACES REVERSED CHECK NO. 3010 FOR PAYMENT OF CLAIM NO. 7 | 7200-000 | | 796.05 | 1,373.19 |
| * 06/21/12 | 003017 | CITIBANK, N.A.<br>P.O. BOX 499<br>HANOVER, MD 21076 | CHECK PREPARED IN ERROR | 7200-003 | | 1,373.19 | 0.00 |
| * 06/21/12 | 003017 | CITIBANK, N.A.<br>P.O. BOX 499<br>HANOVER, MD 21076 | CORRECTION FOR ACCOUNTING ERROR ENTERED IN ERROR | 7200-003 | | -1,373.19 | 1,373.19 |

Page Subtotals    0.00    -1,373.19

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-01687 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | MACK, CHRISTOPHER MATHEW | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4265 Checking Account |
| Taxpayer ID No: | *******0830 | | |
| For Period Ending: | 02/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 06/21/12 | 003018 | Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197 | TARDY UNSECURED CLAIM<br>REPLACES CHECK NO. 3008 FOR PAYMENT OF CLAIM NO. 5 | 7200-000 | | 1,114.47 | 258.72 |
| | 06/21/12 | 003019 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 0.85% | 7990-000 | | 33.69 | 225.03 |
| | 06/21/12 | 003020 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000002, Payment 0.85% | 7990-000 | | 15.57 | 209.46 |
| | 06/21/12 | 003021 | CHASE BANK USA NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000003, Payment 0.85% | 7990-000 | | 12.89 | 196.57 |
| | 06/21/12 | 003022 | Banco Popular<br>Attn: Bankruptcy Dept.<br>P.O. Box 2438<br>Milwaukee, WI 53201 | Tardy General Unsecured 726(a)(3) | 7200-000 | | 27.52 | 169.05 |
| | 06/21/12 | 003023 | Capital One<br>Attn: Bankruptcy Dept.<br>P.O. Box 6492<br>Carol Stream, IL 60197 | Tardy General Unsecured 726(a)(3) | 7200-000 | | 25.70 | 143.35 |
| * | 06/21/12 | 003024 | Citibank<br>Attn: Bankruptcy Dept.<br>P.O. Box 499<br>Hanover, MD 21076 | Tardy General Unsecured 726(a)(3) | 7200-003 | | 65.22 | 78.13 |
| | 06/21/12 | 003025 | HSBC BANK<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Tardy General Unsecured 726(a)(3) | 7200-000 | | 18.36 | 59.77 |
| | 06/21/12 | 003026 | HSBC BANK<br>P.O. Box 5229 | Tardy General Unsecured 726(a)(3) | 7200-000 | | 15.72 | 44.05 |

Page Subtotals        0.00        1,329.14

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-01687 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | MACK, CHRISTOPHER MATHEW | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4265  Checking Account |
| Taxpayer ID No: | *******0830 | | |
| For Period Ending: | 02/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/21/12 | 003027 | HSBC BANK<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Tardy General Unsecured 726(a)(3) | 7200-000 | | 44.05 | 0.00 |
| * 10/15/12 | 003028 | CITIBANK, N.A.<br>ATTN: BANKRUPTCY DEPT.<br>P.O. Box 499<br>Hanover, MD 21076 | UNSECURED CLAIM<br>Replaces check #3024 which did not get cashed | 7200-003 | | 65.22 | -65.22 |
| * 01/22/13 | 003024 | Citibank<br>Attn: Bankruptcy Dept.<br>P.O. Box 499<br>Hanover, MD 21076 | Tardy General Unsecured 726(a)(3) | 7200-003 | | -65.22 | 0.00 |
| * 01/22/13 | 003028 | CITIBANK, N.A.<br>ATTN: BANKRUPTCY DEPT.<br>P.O. Box 499<br>Hanover, MD 21076 | UNSECURED CLAIM | 7200-003 | | -65.22 | 65.22 |
| 01/22/13 | 003029 | United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, Illinois 60604 | Tardy General Unsecured 726(a)(3)<br>Unclaims funds by Citibank, N.A. being deposited<br>with USBC Clerk's office | 7200-001 | | 65.22 | 0.00 |

|   |   |
| --- | --- |
| COLUMN TOTALS | 36,854.51   36,854.51   0.00 |
| Less: Bank Transfers/CD's | 36,854.51   0.00 |
| Subtotal | 0.00   36,854.51 |
| Less: Payments to Debtors | 0.00 |
| Net | 0.00   36,854.51 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********7510 | 40,000.47 | 50.96 | 0.00 |
| BofA - Checking Account - ********7581 | 0.00 | 3,095.00 | 0.00 |
| Checking Account - ********4265 | 0.00 | 36,854.51 | 0.00 |
| Page Subtotals | 0.00 | 44.05 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-01687 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | MACK, CHRISTOPHER MATHEW | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4265  Checking Account |
| Taxpayer ID No: | *******0830 | | | |
| For Period Ending: | 02/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 40,000.47 | 40,000.47 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*